## 35289. ALEXANDER v. ALEXANDER.

Judgment affirmed without opinion pursuant to Rule 59.

*All the Justices concur.*

SUBMITTED AUGUST 24, 1979 — DECIDED SEPTEMBER 26, 1979.

*Darby, Andrew & Threlkeld, Reid A. Threlkeld,* for appellant.
*W. L. Salter, Jr.,* for appellee.